S. LANE TUCKER
United States Attorney

AMY E. MILLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: amy.miller@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:24-cr-00052-JMK-MMS |
|---|---|
| Plaintiff, | COUNT 1: |
| vs. | POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE |
| EVELYN SIZEMORE, | Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Defendant. | |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT 1</u>

On or about June 15, 2023, within the District of Alaska, the defendant, EVELYN SIZEMORE, did knowingly and intentionally possess with intent to distribute methamphetamine.

//

//

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Amy E. Miller
AMY E. MILLER
Assistant U.S. Attorney
United States of America


s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America

DATE:  May 21, 2024